| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter **7** |
|  |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Faith Care, LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **01-0818691** |
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **100 Faith Drive** <br> **Highland, IL 62249** <br> Number, Street, City, State & ZIP Code <br><br> **Madison** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  **Faith Care, LLC**_____    Case number (*if known*)_____
         Name

**7. Describe debtor's business**  A. *Check one:*

- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **Faith Care, LLC**                                                                                  Case number (*if known*)
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency
        Contact name
        Phone

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**   ☐ $0 - $50,000   ☐ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion

Debtor **Faith Care, LLC**　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Official Form 201　　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　　page 4

Debtor  **Faith Care, LLC**  Case number (*if known*)
        Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 15, 2021**
              MM / DD / YYYY

**X** **/s/ Gerald M. Harman**                                  **Gerald M. Harman**
   Signature of authorized representative of debtor              Printed name

Title  **Executive Director**

**18. Signature of attorney**

**X** **/s/ Steven M. Wallace**                                 Date  **June 15, 2021**
   Signature of attorney for debtor                                    MM / DD / YYYY

**Steven M. Wallace**
Printed name

**Silver Lake Group, Ltd**
Firm name

**6 Ginger Creek Village Drive**
**Glen Carbon, IL 62034**
Number, Street, City, State & ZIP Code

Contact phone  **618-692-5512**    Email address  **steve@silverlakelaw.com**

**6198917 IL**
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 5

# United States Bankruptcy Court
## Southern District of Illinois

In re  **Faith Care, LLC**                                                                                        Case No.
                                                     Debtor(s)                        Chapter    **7**

### VERIFICATION OF CREDITOR MATRIX

I, the Executive Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge and that it corresponds to the creditors listed in our schedules.

Date:  **June 15, 2021**                                    **/s/ Gerald M. Harman**
                                                            **Gerald M. Harman**/**Executive Director**
                                                            Signer/Title

```
Accurate Biometrics
500 Park Blvd.
Suite 1260
Itasca, IL 60143


ADP, Inc.
P.O. Box 842875
Boston, MA 02284


Ameren Illinois
Credit and Collections
2105 E State Route 104
Pawnee, IL 62558


Anita Earnhart
c/o Keith Earnhart
412 Bunker Hill Drive
Collinsville, IL 62234


Arlene Agne
c/o Les Agne
11 Forman Drive
Glen Carbon, IL 62034


AT&T
P.O. Box 6483
Carol Stream, IL 60197


Belmont Koch
c/o Carol Ziegler
302 Lorean
Troy, IL 62294


Betty Kamm
c/o Andy Kamm
13307 Koch Road
Highland, IL 62249


Beverly Fehrmann
c/o Veronica Rittenhaus
704 Zschokke St.
Highland, IL 62249


Bluff Equipment
1090 US Highway 40
Vandalia, IL 62471
```

Broadway Tire & Battery
1001 Washington
Highland, IL 62249


CC Food Mart
8322 Old US Highway 50 W
P.O. Box 155
Breese, IL 62230


Charles Ziesset
c/o Kevin Ziesset
1 Deer Run East
Pocahontas, IL 62275


Cheryl Prost
c/o Kim Courois
111 Main St.
Highland, IL 62249


City of Highland
1115 Broadway
P.O. Box 218
Highland, IL 62249


Connor Company
P.O. Box 5007
Peoria, IL 61601


Dex Media
P.O. Box 9001401
Louisville, KY 40290


Diane Garrison
37127 Hunters Trail
Avon, OH 44011


Direct Supply
P.O. Box 88201
Milwaukee, WI 53288


DMI Solutions
1717 West Maud
Poplar Bluff, MO 63901

Donna Koch
c/o Carol Ziegler
302 Lemon St.
Troy, IL 62294


Dorothy Gorman
c/o Villa Rose Senior Living
401 S. Moreland Road
Bethalto, IL 62010


Elise McEvers
c/o Kelly McEvers
132 Crestmoor St.
Collinsville, IL 62234


Ergo Midwest Inc.
13834 Parks Steed Drive
Earth City, MO 63045


Ethel Shipley
c/o Roger Jilek
14640 Raneys Lane
Orland Park, IL 60462


Evelyn Wilmann
c/o Christy Naylor
252 Shadowbrooke
Troy, IL 62294


Ferguson Supplies
P.O. Box 802817
Chicago, IL 60680


Florence Huelsmann
c/o Carol Huelsmann
4900 Leeward Ct.
Aviston, IL 62216


Fringe Benefit Group
11910 Anderson Mill Road
Austin, TX 78726


Frontier
P.O. Box 740407
Cincinnati, OH 45274

Gary Oestringer
c/o Highland Home
1600 Walnut St.
Highland, IL 62249

Grainger
Dept. 800001166
Palatine, IL 60038

Greystone
P.O. Box 281163
Atlanta, GA 30384

Helen Mandeville
c/o Mike Myler
3102 State Route 160
Highland, IL 62249

Henrietta Knebel
c/o Nancy Bossler
12765 Bellm Road
Highland, IL 62249

Highland's Tru-Buy
610 Broadway
Highland, IL 62249

Hospital Sisters Health System
P.O. Box 13427
Springfield, IL 62791

HSHS Medical Group
3051 Holls Drive
Springfield, IL 62704

Imogene Holtgrave
c/o Gail Frey
4542 State Route 160
Highland, IL 62249

Iron Mountain
P.O. Box 27128
New York, NY 10087

Jan Wilsey  
c/o Cedarhurst of Highland  
220 Field Crossing Drive  
Highland, IL 62249

John Deere Financial  
P.O. Box 650215  
Dallas, TX 75265

Johnson Controls  
Dept. CH10320  
Palatine, IL 60055

Juanita Hediger  
c/o Linda Krier  
1250 Kerosene Lamp Court  
Mesquite, NV 89034

June Bohnestiehl  
c/o Cedarhurst of Highland  
220 Field Crossing Drive  
Highland, IL 62249

KCI USA  
P.O. Box 301557  
Dallas, TX 75303

Laverne Butler  
c/o Dean Butler  
28307 E. 5th Street  
Farmersville, IL 62533

Linette Siever  
c/o Carol Siever  
2412 Becker Road  
Highland, IL 62249

Mabel Lang  
c/o Jackie Full  
2641 Lake Lucerne Drive  
Belleville, IL 62221

Magnum Rotating & Pumps  
P.O. Box 1026  
O Fallon, IL 62269

Marvin Hasenmeyer
c/o Donna Hasenmeyer
1536 Doe Run Road
Greenville, IL 62246


Mathias Klumke
c/o Corynn Wheelan
15545 Varel Road
Carlyle, IL 62231


MatrixCare
Bin #32
P.O. Box 1414
Minneapolis, MN 55480


Medi-Bill Systems
450 Regency Parkway
Suite 100
Omaha, NE 68114


Mediline Industries
Dept. CH14400
Palatine, IL 60055


Melba Reinacher
c/o Rick Reinacher
5402 Ludwig Road
Pocahontas, IL 62275


Office Depot
P.O. Box 88040
Chicago, IL 60680


Opal Crossno
c/o Donna Eversmann
405 Bunker Hill Drive
Collinsville, IL 62234


Peggy Townsend
c/o Kevin Townsend
1109 Carlace Drive
Collinsville, IL 62234

Peter Hazen
Office of Healthcare Programs
US Dept. of Housing and Urban Dev.
465 Main St., 2nd Floor
Buffalo, NY 14203


Peter Pisaneschi
c/o Lynne Mast
W142N5235 Thornhill Drive
Menomonee Falls, WI 53052


Phylis Pollo
c/o Brian Pollo
601 E. 4th Street
Mount Olive, IL 62069


Phylis Reinneck
c/o Robert Reineck
522 Franklin
Troy, IL 62294


Pro-Alarm
130 N. Duncan
P.O. Box 517
Alexander, IL 62601


Professional Therapy Services
2810 Frank Scott Parkway West
Suite 824
Belleville, IL 62223


RJ Kool Co.
234 W. 12th Avenue
Kansas City, MO 64116


Robert Schwarz
c/o Gloria Schwarz
1010 Lemon St.
Highland, IL 62249


Rose Rehkemper
c/o Mark Rehkemper
18100 West St.
Breese, IL 62230

Ruby Kersey
2738 Sherborn Lane
Saint Charles, MO 63301


Ruth Zeisset
c/o Kevin Zeisset
1 Deer Run East
Pocahontas, IL 62275


S. Horn Construction
1908 Klaus Geiger Road
Highland, IL 62249


Shirley Bastilla
c/o Nancy McCaw
1015 Lindenthal Ave.
Highland, IL 62249


Shirley Trame
c/o Lynn Holtkamp
150 Sunfish
Highland, IL 62249


Sparlin Plumbing
13162 Michael Road
Highland, IL 62249


Stephanie Bosslet
c/o Judy Merkle
201 Field Crossing Drive
Unit 1
Highland, IL 62249


Symmetry Energy Solutions
Chase Lock Box
P.O. Box 301149
Dallas, TX 75303


Sysco Food Services
3850 Mueller Road
Saint Charles, MO 63301


US Foods Inc.
P.O. Box 504854
Saint Louis, MO 63150

```
Virgil Wihelm
c/o Highland Home
1600 Walnut St.
Highland, IL 62249


Virginia Brown
c/o Mary Kay Grenzeback
206 S. Delmar
Hartford, IL 62048


Wayne Miles
c/o Lora Miles
13443 Buckeye Road
Highland, IL 62249


Weeke Sales & Service
501 N. Front St.
P.O. Box 53
Okawville, IL 62271
```