UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | |
| ) | |
| FAITH CARE LLC, ) | |
| ) | |
| Debtor. ) | Case No.   21-30432-LKG |
| ) | |
| UNITED STATES DEPARTMENT OF ) | Chapter 7 |
| HOUSING AND URBAN DEVELOPMENT, ) | |
| ) | |
| Creditor, ) | |
| ) | |
| vs. ) | |
| ) | |
| DONALD SAMSON, ) | |
| CHAPTER 7 TRUSTEE, ) | |
| ) | |
| Respondent. ) | |

**MOTION FOR RELIEF FROM STAY AND ABANDONMENT**

NOW COMES the United States of America for the United States Department of Housing and Urban Development (*hereinafter* "HUD"), by and through its attorney, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois and Adam Hanna, Assistant United States Attorney, and hereby moves this Court pursuant to Sections 362(d) of the Bankruptcy Code for an order granting relief from the stay imposed by Sections 362(a) of the Bankruptcy Code and abandonment of the property by the Trustee, and states as follows:

1.      The Debtor is the owner of a combined skilled nursing and assisted living facility located in Highland, Illinois, commonly known as "Faith Care" (*hereinafter* "the Facility").

2.      The Facility was originally mortgaged to Gershman Investment Corp. ("Gershman") to secure an original principal amount of $13,103,800, and HUD insured mortgage debt against default pursuant to Section 232 of the National Housing Act, 12 U.S.C. §1715w.

Gershman assigned the mortgage and the secured debt to Greystone Funding Company LLC (*hereinafter* "Greystone") effective on or about November 1, 2020, which remained insured against default by HUD. *See* Exhibits A and B, Mortgage and Assignment of Mortgage.

3. To further secure the HUD-insured Greystone mortgage debt, the Debtor executed a Security Agreement dated July 1, 2012, granting a security interest in its collateral, including but not limited to fixtures, furniture, equipment, licenses, rents, leases, tangible personal property, and accounts receivable, to the mortgagee to secure the timely payment and performance of the Debtor's obligations. *See* Exhibit C, Security Agreement.

4. Pursuant to the Security Agreement and to perfect the interest in the deposit accounts, the Debtor executed a Deposit Account Control Agreement ("DACA") with the mortgagee and the holder of the Facility's deposit accounts, The Bank of Edwardsville. *See* Exhibit D, redacted DACA. On information and belief, The Bank of Edwardsville was acquired by and is now known as Busey Bank.

5. Pursuant to the Security Agreement and to perfect the interest in the rest of the Debtor's collateral, the mortgagee filed a UCC Financing Statement with the Recorder of Deeds for the County of Madison, Illinois, document 2012R31466, continued by document 2017R19094, and with the Secretary of State of Illinois, document 17456474, continued by document number 09485811. *See* Exhibits E1- E2.

6. On or about September 1, 2019, the Debtor ceased making mortgage payments to Greystone, the mortgagee, and the Debtor made no mortgage payments to Greystone subsequent to that date. *See* Exhibit F, Application for Mortgage Insurance.

7. On April 9, 2021, the Debtor issued a notice of closure to the State of Illinois which was acknowledged and accepted by letter dated April 13, 2021. *See* Exhibit G. On information and

belief, the Debtor relocated the last resident from the Facility on or before April 30, 2021, and surrendered its license to the State of Illinois on or about May 1, 2021.

8.  On June 15, 2021 ("Petition Date"), Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code. *See* Doc. 1.

9.  In order to be paid the HUD mortgage insurance for the Debtor's default, on June 11, 2021, four days prior to the Petition Date, Greystone filed an Assignment of Mortgage in favor of HUD, recorded in the Office of the Recorder for Madison County, Illinois, as document number 021R24899. *See* Exhibit H1. A corrected version was filed thereafter as document number 2021R33334. *See* Exhibit H2.

10. In addition to filing the Assignment of Mortgage, Greystone assigned to HUD its interest in all the mortgage debt collateral, including but not limited to the Security Agreement, the DACA, and UCC Financing Statements, to which HUD is already an additional secured party. *See* Exhibit I.

11. HUD is the mortgagee of record and is secured in, *inter alia*, accounts receivable and real property. The Debtor has made no mortgage payments to HUD since Greystone's assignment of the debt and collateral to HUD.

12. Debtor's filing estimates the combined value of the Facility and the additional collateral securing the mortgage at $7,370,000.00. *See* Schedule A/B line 92.

13. On the Petition Date, the Debtor owed an unpaid principal balance on the now HUD-held, non-recourse mortgage of $10,970,363.02, including a pre-petition arrearage of $1,688,104.05. *See* Schedule D.

14. Cause therefore exists under 11 U.S.C. § 362(d)(1) because the Debtor has failed to comply with the terms of its note and mortgage. "[T]he failure to make mortgage payments

constitutes 'cause' for relief from the automatic stay and is one of the best examples of a 'lack of adequate protection' under Section 362(d)(1) of the Bankruptcy Code." *In re Sterling*, No. 14-12608-SHL, 2018 WL 313085, at *5 (Bankr. S.D.N.Y. Jan. 5, 2018) (*quoting In re Schuessler*, 386 B.R. 458, 480 (Bankr. S.D.N.Y. 2008)); *see, also*, *In re Zeoli*, 249 B.R. 61, 63 (Bankr. S.D.N.Y. 2000).

15. HUD has both a statutory and contractual right to foreclose defaulted mortgages that it holds pursuant to the National Housing Act. HUD may dispose of the asset to satisfy the debt through nonjudicial means pursuant to the Multifamily Mortgage Foreclosure Act, 12 U.S.C. §3701 *et. seq.*

16. In accordance with S.D. Ill. LBR 4001, Movant states that to the best of its knowledge, information, and belief, there no other entities or parties that have a legal or equitable interest in the property which is the subject of the attached motion.

WHEREFORE, pursuant to 11 U.S.C. § 362(d) and Rule 4001(a), HUD prays this Court grant relief from the automatic stay to allow HUD to exercise its *in rem* rights on its collateral, that the Chapter 7 Trustee abandon the collateral, and for such other relief as is just and equitable.

UNITED STATES OF AMERICA

STEVEN D. WEINHOEFT
United States Attorney

*s/ Adam E. Hanna*
Adam E. Hanna
Assistant United States Attorney
United States Attorney's Office
Nine Executive Drive
Fairview Heights, Illinois 62208-1344
(618) 628-3700
(618) 628-3810 (fax)
Email: Adam.Hanna@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed with the Court's CM/ECF system on October 8, 2021 which will electronically serve a copy on all parties who have requested notice on the docket. The voluminous attachments were not served on all parties by mail, but are available upon request made to the undersigned attorney.

In addition, the undersigned certifies that the foregoing document were sent by First Class United States Mail on October 8, 2021 to the following parties at the address shown on the mailing matrix:

Faith Care, LLC
ADP, Inc.
AT&T
Accurate Biometrics
Ameren Illinois
Anita Earnhart
Arlene Agne
Belmont Koch
Betty Kamm
Beverly Fehrmann
Bluff Equipment
Broadway Tire & Battery
CC Food Mart
CC Food Marts
Charles Ziesset
Cheryl Prost
City of Highland
City of Highland, Illinois
Connor Company
DMI Solutions
Dex Media
Diane Garrison
Direct Supply
Donna Koch
Dorothy Gorman
Elise McEvers
Ergo Midwest Inc.
Ethel Shipley
Evelyn Wilmann
Ferguson Supplies
Florence Huelsmann

Fringe Benefit Group
Frontier
FRONTIER COMMUNICATIONS
Gary Oestringer
Grainger
Greystone
HSHS Medical Group
Helen Mandeville
Henrietta Knebel
Highland's Tru-Buy
Hospital Sisters Health System
Imogene Holtgrave
Iron Mountain
Jan Wilsey
John Deere Financial
Johnson Controls
Juanita Hediger
June Bohnestiehl
KCI USA
Laverne Butler
Linette Siever
Mabel Lang
Magnum Rotating & Pumps
Marvin Hasenmeyer
Mathias Klumke
MatrixCare
Medi-Bill Systems
Mediline Industries
Melba Reinacher

Office Depot
Opal Crossno
Peggy Townsend
Peter Hazen
Peter Pisaneschi
Phylis Pollo
Phylis Reinneck
Pro-Alarm
Professional Therapy Services
RJ Kool Co.
Robert Schwarz
Rose Rehkemper
Ruby Kersey
Ruth Zeisset
S. Horn Construction
Shirley Bastilla
Shirley Trame
Sparlin Plumbing
Stephanie Bosslet
Symmetry Energy Solutions
Sysco Food Services
US Foods Inc.
United States Trustee
Virgil Wihelm
Virginia Brown
Wayne Miles
Weeke Sales & Service
Donald M. Samson
Steven M Wallace

*/s/ Adam E. Hanna*
_____